JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PANAVISE PRODUCTS, INC., a Nevada corporation,<br><br>          Plaintiff,<br><br>vs.<br><br>AMERICA DIGITAL ACCESSORIES CORP., an entity of unknown status and origin d.b.a. DIGI-POWER,<br><br>          Defendant. | Case No.: **SACV14-01347 DOC (ANx)**<br>Assigned to Honorable David O. Carter<br><br>Filed: August 22, 2014<br><br>**STIPULATED JUDGMENT AND PERMANENT INJUNCTION [13]** |

Upon reviewing the Stipulation Re: Entry of Judgment and for Permanent Injunction ("Stipulation for Judgment") filed herein, the Court approves of said Stipulation for Judgment, and therefore:

**JUDGMENT IN THIS MATTER IS ENTERED AS FOLLOWS:**

**A.**     Defendant, AMERICA DIGITAL ACCESSORIES CORP., an entity of unknown status and origin d.b.a. DIGI-POWER ("Defendant"), and its agents, employees, and shareholders, and those persons in active concert or participation with any of them, are permanently enjoined upon entry of this Stipulated Judgment and Permanent Injunction from:

**STIPULATED JUDGMENT & PERMANENT INJUNCTION - 1**

        **(1)** Reproducing, copying, counterfeiting, colorably imitating or otherwise using Plaintiff's trade dress and patents, including without limitation United States Patent No. D521850 (the "'850 Patent");

        **(2)** Offering for distribution, distributing, offering for sale, or selling any suction cup mounts whose design, appearance or trade dress so resembles the distinctive design, appearance, or trade dress of Plaintiff's suction cup mounts as to likely cause confusion, mistake, or deception;

        **(3)** Offering for distribution, distributing, offering for sale, selling, advertising, publicizing or promoting any suction cup mounts whose design, appearance or trade dress so resembles the distinctive design protected by the '850 Patent as to likely cause confusion, mistake, or deception;

        **(4)** Using in connection with Defendants' products any false or deceptive designation, representation or description of Defendants' or their products, whether by words, symbols, product design or appearance, or trade dress, which would damage Plaintiff;

        **(5)** Using any false designation of origin, false advertising, false impression or false representation that tends to pass off Defendants' products as those of Plaintiff in a way that is likely to cause confusion, or likely to deceive as to the affiliation;

        **(6)** Engaging in any acts of state or common law infringement or unfair competition which injure or would tend to injure Plaintiff;

        **(7)** Engaging in any unlawful acts causing injury to the business reputation of Plaintiff or dilution of the distinctive quality of Plaintiff's product design and appearance or trade dress;

        **(8)** Trading upon or appropriating the goodwill and business reputation of Plaintiff;

        **(9)** Inducing, encouraging, aiding, abetting or contributing to any of the aforementioned acts;

**STIPULATED JUDGMENT & PERMANENT INJUNCTION - 2**

**(10)** Advertising, displaying at trade shows, marketing in literature or on the internet or other promotion of any suction cup mounts whose design, appearance or trade dress so resembles the distinctive design, appearance, or trade dress of Plaintiff's suction cup mounts, including without limitation the '850 Patent, as to likely cause confusion, mistake, or deception; and

**B.** Compensatory damages, and attorneys' fees and costs in the sum of $1,800.00 are to be awarded to Plaintiff, PANAVISE PRODUCTS, INC. and against Defendant, AMERICA DIGITAL ACCESSORIES CORP., an entity of unknown status and origin d.b.a. DIGI-POWER, and shall be paid in accordance with the terms of the Settlement Agreement.

**C.** The Court retains continuing jurisdiction to enforce this Stipulated Judgment and Permanent Injunction.

**D.** The Settlement Agreement remains in full force and effect.

DATED: November 14, 2014   By:  _/s/ David O. Carter_____

Honorable David O. Carter
Judge of the United States District Court

**STIPULATED JUDGMENT & PERMANENT INJUNCTION - 3**